JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JASON CAMERA, an individual,

Plaintiff,

v.

RANDSTAD DIGITAL, LLC dba CELLA, a Delaware limited liability company, et al.,

Defendants.

Case No. 2:26-cv-00113-AB (CTSx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **45 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: August 31, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE